569

Submitted August 6, reversed September 29, 2010

In the Matter of R. S.,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

R. S.,
*Appellant.*

Douglas County Circuit Court
09MH098; A142091

241 P3d 308

James A. Palmer filed the brief for appellant.

John R. Kroger, Attorney General, Jerome Lidz, Solicitor General, and Tiffany Keast, Assistant Attorney General, filed the brief for respondent.

Before Landau, Presiding Judge, and Ortega, Judge, and Sercombe, Judge.

PER CURIAM

## PER CURIAM

In this mental commitment case, appellant contends that the trial court erred in entering an order of civil commitment because, among other things, the court failed to provide him with a legally sufficient advice of rights. According to appellant, the advice of rights was insufficient in that the court did not tell him that he could subpoena witnesses. The state concedes the error. We agree and accept the concession. *See State v. Grellert*, 144 Or App 201, 203, 925 P2d 161 (1996) (trial court must advise alleged mentally ill person that he or she can subpoena witnesses).

Reversed.